UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br>    v.<br>TERRI R. BARKER,<br><br>         Defendant.<br>_____/ | No. C 09-5254 MEJ<br><br>**ORDER RE-OPENING CASE** |

This matter has been reassigned to Magistrate Judge Maria-Elena James for all purposes including trial and entry of judgment. All future filings shall reflect the initials "MEJ" after the case number, as designated above.

On March 17, 2010, the Court entered judgment by default against Defendant Terri R. Barker. (Dkt. #9.) However, Defendant has now filed an answer. (Dkt. #11.) Accordingly, the Court hereby ORDERS the Clerk of Court to re-open this case. The parties shall meet and confer in person by May 20, 2010, and thereafter file a joint status report by June 3, 2010.

**IT IS SO ORDERED.**

Dated: May 3, 2010

_____
Maria-Elena James
Chief United States Magistrate Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

USA,

        Plaintiff,

  v.

TERRI R. BARKER et al,

        Defendant.

Case Number: CV09-05254 MEJ

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 3, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Terri R. Barker
8301 Iris Street
Oakland, CA 94605

Dated: May 3, 2010

Richard W. Wieking, Clerk
By: Brenda Tolbert, Deputy Clerk

2