UNITED STATES DISTRICT COURT
For the Northern District of California

# UNITED STATES DISTRICT COURT
## Northern District of California

UNITED STATES OF AMERICA,

        Plaintiff(s),

  v.

TERRI R. BARKER,

        Defendant(s).
_____/

No. C 09-5254 MEJ

**ORDER RE STATUS**

    The Court is in receipt of Plaintiff's Case Management Statement, filed May 20, 2010. (Dkt. #15.) For the reasons stated in Plaintiff's statement, the Court hereby CONTINUES the meet and confer deadline to June 27, 2010. The parties shall file a joint status report by July 12, 2010.

    **IT IS SO ORDERED.**

Dated: May 24, 2010

                                                _____
                                                Maria-Elena James
                                                Chief United States Magistrate Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

USA,

        Plaintiff,

  v.

TERRI R. BARKER et al,

        Defendant.

Case Number: CV09-05254 MEJ

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 24, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Terri R. Barker
8301 Iris Street
Oakland, CA 94605

Dated: May 24, 2010

Richard W. Wieking, Clerk
By: Brenda Tolbert, Deputy Clerk

2