MICHAEL COSENTINO, SBN 83253
Attorney at Law
P.O. Box 129
Alameda, CA 94501

Telephone: (510) 523-4702

Attorney for the Plaintiff
United States of America

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                     Plaintiff,<br><br>     v.<br><br>TERRI R. BARKER,<br>                     Defendant. | Case No. C09-05354 MEJ<br><br>**STIPULATION FOR ORDER OF DISMISSAL WITHOUT PREJUDICE AND ORDER THEREON** |

IT IS HEREBY STIPULATED by and between the Plaintiff, United States of America and Defendant, Terri R. Barker, that the above entitled matter be dismissed without prejudice.

Dated: July 12, 2010

_____
MICHAEL COSENTINO
Counsel for the United States

I have read and understand the foregoing paragraph and I voluntarily and knowingly enter into this stipulation.

Dated: July 14, 2010

_____
TERRI R. BARKER, Defendant

**IT IS SO ORDERED**

Dated: July 21, 2010
_____
MARIA-ELENA JAMES, Magistrate Judge
United States District Court